IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                             :      CIVIL NO. 2:12CV00054
**vs.**                        :      JUDGE GRAHAM
                             :      MAGISTRATE JUDGE ABEL
**TERRENCE C. FERRELL, et al.,**

    **Defendants.**

## ORDER FOR SALE

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:

    WHEREAS, plaintiff, United States of America has obtained a Decree in Foreclosure on a certain promissory note held by the United States of America, acting through the Secretary of Housing and Urban Development, as set out in plaintiff's Complaint, in the principal amount of $70,934.53, plus taxes/insurance advances for the sum of $7,431.75, plus service fees for the sum of $6,195.00, plus interest as of October 31, 2011 for the sum of $40,758.96, for a total sum due and owing to the United States of America of $125,320.24, as of October 31, 2011; together with interest accruing at the rate of $9.24 per day from October 31, 2011 on the principal amount to the date of sale, interest thereafter at the legal rate, and any authorized expenses incurred by the plaintiff chargeable to the mortgage account of Eileen J. Ferrell, Deceased;

    WHEREAS, counsel for plaintiff received notice of the filing of the Decree in Foreclosure through the Court's CM/ECF electronic filing system and plaintiff, United States of America served a copy of the Decree in Foreclosure upon Mary E. Johnson, Assistant Prosecuting Attorney, counsel for defendant Treasurer of Franklin County, Ohio and upon defendants Terrence C. Ferrell and Donna Ferrell.  The Decree outlined the right of redemption of defendants, Terrence C. Ferrell and Donna Ferrell; however, this right was not exercised within the applicable time period.  Thus, the right to redeem the property has expired.

    THEREFORE, YOU ARE COMMANDED to cause to be advertised and to sell,

according to law and the said Decree in Foreclosure, the following described real property:

    Situated in the State of Ohio, County of Franklin, and in the City of Columbus and being more particularly described as follows:

    Being Lot Number Two Hundred Eleven (211) of Hillgate No. 3, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 30, Page 48, Recorder's Office, Franklin County, Ohio.

    Parcel No.: 010-123981-00

    Property Address:   246 Schryver Road
                                 Columbus, Ohio 43207

    Prior Deed Reference: Volume 470, Page I17
                                    Volume 3248, Page 241

    SUBJECT TO ALL CONDITIONS, COVENANTS, RESERVATIONS, RESTRICTIONS, AND EASEMENTS OF RECORD.

Notice shall be published once a week for at least four (4) weeks prior to the sale in at least one (1) newspaper regularly issued and of general circulation in Franklin County, Ohio. Said Notice of Sale shall describe the property to be sold and contain the terms and conditions of sale.

Date: August 17, 2012                                       s/James L. Graham
                                                             James L. Graham
                                                             United States District Judge